EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Pedro A. Vélez Baerga | 2023 TSPR 93<br><br>212 DPR ___ |

Número del Caso: TS-12,059


Fecha: 18 de julio de 2023


Abogado del peticionario:

     Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

SALA DE VERANO I

| | | |
|---|---|---|
| Ex parte:<br><br>Pedro A. Vélez Baerga | TS-12,059 | |

Sala de Verano integrada por el Juez Asociado señor Martínez Torres, como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 18 de julio de 2023.

Atendida la *Solicitud de cambio de estatus de abogado inactivo a abogado activo en el Registro Único de Abogados y Abogadas acreditación de 3 créditos en ética profesional* presentada el 12 de julio de 2023, se provee **ha lugar** a su solicitud de readmisión al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo